**McGIVNEY, KLUGER & COOK, P.C.**
Charles M. McGivney, Jr.
William D. Sanders
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendants Avborne Accessory Group, Inc.;
Dover Corporation;
Dover Engineered Systems, Inc.;
Sonic Industries, Inc.;
Roller Bearing Company Of America, Inc.;
Sargent Aerospace & Defense, LLC; and
Sargent Industries, Inc. (a dissolved entity)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELEN THOMAS-FISH, Individually and as Executrix of the Estate of Robert C. Fish,<br><br>     Plaintiff,<br>v.<br><br>AETNA STEEL PRODUCTS CORPORATION;<br>AVBORNE ACCESSORY GROUP, INC.<br>DOVER CORPORATION;<br>DOVER ENGINEERED SYSTEMS, INC., f/k/a Dover Diversified, Inc.;<br>RBC BEARINGS INCORPORATED, f/k/a Roller Bearing Holding Company, Inc.;<br>RBC SARGENT AIRTOMIC;<br>RBC SONIC;<br>ROLLER BEARING COMPANY OF AMERICA, INC.,  f/k/a RBC Holdings Corp.;<br>SARGENT AEROSPACE & DEFENSE, LLC, f/k/a Dover Sargent Aerospace & Defense, LLC; and<br>SARGENT INDUSTRIES, INC.,<br><br>     Defendants. | Civil Action<br><br>**DEFENDANT ROLLER BEARING COMPANY OF AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Roller Bearing Company Of America, Inc., by and through its attorneys McGivney, Kluger & Cook, P.C., states as follows pursuant to Fed. R. Civ. Pro. 7.1:

1. Defendant Roller Bearing Company of America, Inc. is a subsidiary of RBC Bearings, Inc.

2. RBC Bearings, Inc. is publicly traded.

Respectfully Submitted,

**McGIVNEY, KLUGER & COOK, P.C.**
Charles M. McGivney, Jr., Esq.
William D. Sanders, Esq.
23 Vreeland Road
Suite 220
Florham Park, New Jersey  07932
973-822-1110
Attorneys for Defendants

By: *William D. Sanders*
William D. Sanders, Esq.

Dated: November 1, 2017

## DECLARATION OF SERVICE AND FILING

1. I declare under penalty of perjury that on this 1st day of November 2017, I caused the within Corporate Disclosure Statement, to be filed with the Clerk of the United States District Court for the District of New Jersey at the Courthouse in Newark, New Jersey, by means of the Court's electronic filing system, together with the payment of the appropriate fee.

2. On this 1st day of November, 2017, a true and exact copy of the above Corporate Disclosure Statement on behalf of the Defendant has been served upon counsel for the Plaintiff, Amber Long, Esq., at the address stated on the Complaint, via email and New Jersey Lawyer's Service.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements made by me are true and I am aware that if they are willfully false, I am subject to punishment.

*William D. Sanders*
William D. Sanders, Esq.

Dated: November 1, 2017